IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL KENNEDY,<br>30908 Cedar Drive<br>Princess Anne, Maryland 21853<br><br>    Plaintiff,<br><br>V.<br><br>SRA ASSOCIATES OF NEW JERSEY, INC.,<br>also *dba* SRA ASSOCIATES, INC.,<br>401 Minnetonka Road<br>Hi-Nella, New Jersey 08083<br><br>    Defendant. | CASE No. 1:14-cv-03971-RDB<br><br>CASE No. 1:14-cv-03984-WDQ |

## MOTION TO DISMISS

The Plaintiff, Michael Kennedy, pursuant to *Rule 41(a)(1)(A)(i)* of the *Federal Rules of Civil Procedure*, gives notice of a settlement agreement and stipulation reached between the parties and hereby moves for the dismissal of plaintiff's claims against defendant in the above-captioned consolidated matters.

Respectfully submitted,

Michael Kennedy
Plaintiff, *pro se*

Dated this 20th day February, 2015.

Michael Kennedy
30908 Cedar Drive
Princess Anne, Maryland 21853
(443) 523-0180

Request Granted this 27th Day of February, 2015.

Richard D. Bennett
United States District Judge

## CERTIFICATE OF SERVICE

**************************

(Fed R. Civ. P.5; 28 U.S.C. §1746)

I, Michael Kennedy, declare:

I am over 18 years of age and a party to this action. I am a resident of Princess Anne, Maryland, in the county of Somerset. My address is: 30908 Cedar Drive, Princess Anne, Maryland 21853. On February 23rd, 2015, I served on Defendants' counsel Plaintiff's Motion To Dismiss, by placing a true and correct copy thereof, enclosed in a sealed envelope, with postage prepaid, in the United States mail in a deposit box so provided by the United States Postal Service in the above-named city where I am presently located. The envelope were addressed as follows:

Lauren M. Burnette, Esq.
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
(717) 651-3703

Pursuant to *28 U.S.C. §1746*, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day February, 2015.

_____
Michael E. Kennedy
Plaintiff, *Pro se*

Michael E. Kennedy
30908 Cedar Drive
Princess Anne, Maryland 21853
(443) 523-0180